# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BEN FABRIKANT, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>  v.<br><br>SELECTQUOTE INSURANCE SERVICES, INC., a California Corp., and JOHN DOE,<br><br>    Defendants. | Case No.:  8:23-cv-03124-JMG-CRZ |

## PLAINTIFF'S CERTIFICATE OF SERVING FIRST SET OF DISCOVERY REQUESTS TO DEFENDANT SELECTQUOTE INSURANCE SERVICES, INC.

In accordance with Civil Local Rules 33.1(e), 34.1(b) and 36.1(c), Plaintiff BEN FABRIKANT ("Plaintiff") submits this Certificate of Service for the following discovery requests served:

On October 23, 2023, Plaintiff's First Set of Interrogatories, Requests for Production of Documents, Requests for Admission, Set One were served via email on counsel for Defendant SELECTQUOTE INSURANCE SERVICES, INC.

| | |
|---|---|
| Dated: October 23, 2023 | Respectfully submitted,<br><br>Mark L. Javitch<br>Javitch Law Office<br>3 East 3rd Avenue<br>San Mateo, California 94401<br>Telephone: (650) 781-8000<br>Facsimile: (650) 648-0705<br>mark@javitchlawoffice.com<br><br>*Counsel for Plaintiff and the putative Class* |

**CERTIFICATE OF SERVICE**

On October 23, 2023, I filed this electronically with the United States District Court for the District of Nebraska CM/ECF system. Electronic notice was, therefore, automatically emailed to counsel of record for Defendant.

By: /s/ Mark L. Javitch

Mark L. Javitch