IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BEN FABRIKANT, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>SELECTQUOTE INSURANCE SERVICES, INC., a California corporation, et al.,<br><br>    Defendants. | 4:23-CV-3124<br><br>JUDGMENT |

On the parties' dismissal of all claims against all defendants with prejudice (filing 45), the plaintiff's claims are dismissed with prejudice, each side to bear its own costs and attorney's fees.

Dated this 28th day of May, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge